# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

NANCY M. GAVRILIS, as personal representative of the Estate of John Monteforte; and Intervenor STYLIANOS GAVRILIS,

Appellants,

v.

SABRINA HAYES,

Appellee.

No. 2D2025-2202

———————————————

April 29, 2026

Appeal from the Circuit Court for Sarasota County; Charles E. Williams, Judge.

Susan J. Silverman, Sarasota, for Appellants.

Allie R.B. Castellano and Y. Drake Buckman, II, of Buckman & Buckman, P.A., Sarasota, for Appellee.

PER CURIAM.

   Affirmed.

KHOUZAM, ATKINSON, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.